429 A.2d 743

Commonwealth v. Costello, Appellant.

Submitted March 10, 1980. Thomas A. Bergstrom, for appellant; Ann C. Lebowitz, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.